**MICHAEL L. SCHULTE (SBN: 182284)**
**ATTORNEY AT LAW**
6737 N Milburn, Suite 160
Fresno, California 93722
Telephone: (559) 696-2312
Facsimile: (888) 855-6631
Mls.schulte@gmail.com

Attorney for Plaintiff
ELDEN WILLIAMS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ELDEN WILLIAMS, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>MUELLER-KUEPS LP, a Georgia Domestic Limited Partnership,<br><br>MUELLER-WERKZEUG GMBH, AKA MÜLLER-WERKZEUG GmbH & Co., AKA MÜLLER-WERKZEUG e.K., a German Company,<br><br>MATCO TOOLS CORPORATION, an Ohio Corporation; and<br><br>DOES 1 through 50, Inclusive.<br><br>Defendants. | Case No.: 2:18-CV-01946-JAM-CMK<br><br>*A.*<br><br>[~~PROPOSED~~] ORDER RE: PLAINTIFF'S REQUEST/MOTION FOR EXTENSION OF TIME TO SERVE COMPLAINT ON DEFENDANTS |

ORDER GRANTING PLAINTIFF'S MOTION TO EXTENSION OF TIME TO SERVE COMPLAINT ON DEFENDANTS

//

-1-

This Matter, having come before the Court on Plaintiff's Motion/Request for Extension of Time to Serve Complaint on Defendants, and

It appearing upon argument of counsel and good cause shown, that the Motion should be granted pursuant to Rule 4m of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED, that Plaintiff shall have [60] additional days to serve and file the proof of service for Plaintiff's summons and complaint in this matter. Additionally, upon request by Plaintiff and good cause shown, Defendant shall be provided 90 days after service upon which to respond.

Entered this 12th day of October, 2018.

BY: _____

[PROPOSED] ORDER – PLAINTIFF'S REQUEST/MOTION FOR EXTENSION OF TIME TO SERVE